■ JACKIE J. HILL, Respondent, v KERMAN PROTECTION SYSTEMS, INC., Appellant and Third-Party Plaintiff-Appellant. MAP LINGERIE, INC., Third-Party Defendant-Appellant. [984 NYS2d 870]—An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, New York County (Carol R. Edmead, J.), entered on or about April 25, 2013, and said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated May 8, 2014, it is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation. Concur—Mazzarelli, J.P., Sweeny, DeGrasse, Manzanet-Daniels and Gische, JJ.